UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Jane Doe**<br>    Plaintiff,<br>**v.**<br>**City of Boston et al.**<br>    Defendant | **1:21-cv-11062-MJJ** |

## JUDGMENT

January 13, 2025

**Joun, D.J.**

In accordance with the Court's Memorandum of Decision entered and dated January 13, 2025, it is hereby **ORDERED** that this action is dismissed.

**/s/ Myong J. Joun**
Myong J. Joun
United States District Judge